## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOB B. and AMELIA M. by their next friend Ramona Fernandez; JOSEPH S. by his next friend Charles Cusimano; ALAN W. and JACKSON J. by their next friend Hector Linares; CARTER P. and MIKAELA S. by their next friend Steven Scheckman; JUSTINE S. by her next friend Bert Babington; KATRINA R. by her next friend Claris Smith, individually and on behalf of all others similarly situated, | CIVIL ACTION NO.: 3:24-CV-00289-BAJ-SDJ<br><br>JUDGE: BRIAN A. JACKSON<br><br>MAGISTRATE: SCOTT D. JOHNSON |

**Plaintiffs,**

v.

**LOUISIANA DEPARTMENT OF CHILDREN AND FAMILY SERVICES, DAVID N. MATLOCK** in his official capacity as the Secretary of the Louisiana Department of Children and Family Services, and **JEFFREY LANDRY** in his official capacity as the Governor of Louisiana,

**Defendants.**

## MOTION TO WITHDRAW

NOW INTO COURT, through undersigned counsel, come Plaintiffs who respectfully request this Court for an Order permitting Julia K. Tebor to withdraw as counsel for Plaintiffs. In support of this motion, Plaintiffs state as follows:

1. On May 3, 2024, Attorney Julia K. Tebor of the organization A Better Childhood was admitted *pro hac vice* by this Court to represent Plaintiffs in this matter.

2. Attorney Tebor is leaving the organization A Better Childhood and is seeking to withdraw as counsel of record. The above-captioned matter will proceed with attorneys Galen D. Bellamy, Allison McLaughlin, and Kevin D. Homiak of Wheeler Trigg O'Donnell LLP, M.

1

2

Suzanne Montero, Scott L. Sternberg, and Chelsea Cusimano of Sternberg, Naccari & White

LLC, and Marcia Robinson Lowry and David Baloche of A Better Childhood, as Plaintiffs'

counsel.

3.  No party will suffer prejudice as a result of the relief requested herein.


WHEREFORE, Plaintiffs requests this Court to enter an Order granting Plaintiffs' request to

withdraw Julia K. Tebor as counsel for Plaintiffs.

Dated:  July 24, 2026

Respectfully submitted,

*s/ Marcia Lowry*

Marcia Robinson Lowry (*pro hac vice*)
Julia K. Tebor (*pro hac vice*)
David Baloche (*pro hac vice*)
A Better Childhood
420 Lexington Avenue, Room 2035
New York, NY 10170
Telephone:    646.795.4456
Facsimile:    212.692.0415
Email:  mlowry@abetterchildhood.org
        jtebor@abetterchildhood.org
        dbaloche@abetterchildhood.org

Galen D. Bellamy (PHV)
Kevin D. Homiak (PHV)
Allison R. McLaughlin (PHV)
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
Telephone:    303.244.1800
Facsimile:    303.244.1879
Email:  bellamy@wtotrial.com
        homiak@wtotrial.com
        mclaughlin@wtotrial.com

M. Suzanne Montero (Bar No. 21361)
Scott L. Sternberg (Bar No. 33390)
Chelsea Cusimano (Bar No. 34857)
Sternberg, Naccari & White, LLC
935 Gravier St. #1800
New Orleans, LA 70112
Telephone: (504) 324-2141.
Facsimile: (504) 534-8961
 Email:  suzy@snw.law
        scott@snw.law
         cbc@snw.law

*Attorneys for Plaintiffs*

3

**<u>CERTIFICATE OF SERVICE (CM/ECF)</u>**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with the

Clerk of Court for the United States District Court for the Middle District of Louisiana by using

the CM/ECF System, which will send a notice of electronic filing to the appearing parties on this

24th day of July, 2026.

*/s/ Marcia Lowry*
Marcia Lowry
