**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JACOB B. and AMELIA M. by their next friend Ramona Fernandez; JOSEPH S. by his next friend Charles Cusimano; ALAN W. and JACKSON J. by their next friend Hector Linares; CARTER P. and MIKAELA S. by their next friend Steven Scheckman; JUSTINE S. by her next friend Bert Babington; KATRINA R. by her next friend Claris Smith, individually and on behalf of all others similarly situated,** | **CIVIL ACTION NO.: 3:24-CV-00289-BAJ-SDJ** |
| **Plaintiffs,** | **JUDGE: BRIAN A. JACKSON** |
| v. | **MAGISTRATE: SCOTT D. JOHNSON** |
| **LOUISIANA DEPARTMENT OF CHILDREN AND FAMILY SERVICES, DAVID N. MATLOCK in his official capacity as the Secretary of the Louisiana Department of Children and Family Services, and JEFFREY LANDRY in his official capacity as the Governor of Louisiana,** | |
| **Defendants.** | |

**ORDER**

Considering the foregoing motion, it is hereby

**ORDERED** that Julia K. Tebor is withdrawn as counsel of record for Plaintiffs in the above captioned matter.

**BATON ROUGE, LOUISIANA** the _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE